## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

STANLEY JACOBS,                          )
                                         )
                    Plaintiff,           )        Case No. 1:21-cv-01472-RGA
                                         )
        v.                               )
                                         )
NORTONLIFELOCK INC., SUSAN P.            )
BARSAMIAN, ERIC K. BRANDT, FRANK E.      )        JURY TRIAL DEMANDED
DANGEARD, NORA M. DENZEL, PETER A.       )
FELD, KENNETH Y. HAO, EMILY HEATH,       )
VINCENT PILETTE, and SHERRESE M.         )
SMITH,                                   )
                                         )
                    Defendants.          )
                                         )

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action").  Defendants

have neither served an answer or a motion for summary judgment in the Action.

Dated:  January 28, 2022            **LONG LAW, LLC**

                            By:   */s/ Brian D. Long*
                                  Brian D. Long (#4347)
                                  3828 Kennett Pike, Suite 208
                                  Wilmington, DE 19807
                                  Telephone: (302) 729-9100
                                  Email: BDLong@longlawde.com

                                  *Attorneys for Plaintiff*